**696**

106 So.2d 674

**Ex parte William Dale SHIRLEY.**

**6 Div. 372.**

Supreme Court of Alabama.

Nov. 20, 1958.

J. J. Cockrell, G. Ernest Jones and G. Ernest Jones, Jr., Birmingham, for petitioner.

John Patterson, Atty. Gen., and Wm. C. Younger, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of William Dale Shirley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Ex parte Shirley, 39 Ala. App. 634, 106 So.2d 671.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.

106 So.2d 671

**Carson DICKEY, d/b/a Ala. Red Ash Coal Co.**

**v.**

**Melvin E. HONEYCUTT et al.**

**7 Div. 434.**

Supreme Court of Alabama.

Nov. 20, 1958.

Burr, McKamy, Moore & Thomas, Jas. R. Forman, Jr., Birmingham, for petitioner.

Lipscomb, Brobston, Jones & Brobston, Bessemer, opposed.

MERRILL, Justice.

Petition of Carson Dickey for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Dickey v. Honeycutt, 39 Ala.App. 606, 106 So.2d 665.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

108 So.2d 180

**Garfield HUTCHERSON alias**

**v.**

**STATE.**

**5 Div. 706.**

Supreme Court of Alabama.

Jan. 8, 1959.

John Patterson, Atty. Gen., and Robt. C. Dillon, Asst. Atty. Gen., for the petition.

Wilbanks & Wilbanks, Alexander City, opposed.

LAWSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Hutcherson v. State, 108 So.2d 177.

Writ denied.

SIMPSON, GOODWYN and COLEMAN, JJ., concur.